UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM A. "SPOOK" SPANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-1267 |
| v. ) | Judge Sharp |
| ) | |
| ED CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Court enters the following rulings:

(1) In light of the subsequent filing of Plaintiff's Amended Complaint (Docket No. 21-1), Defendants Ed Carter, Mitchell Bailey, Dale Grandstaff, Brad Jackson, and Shawn Karns' Motion for Partial Dismissal (Docket No. 6) and Defendant Thomas Southerland's Motion to Dismiss (Docket No. 10) are hereby DENIED as MOOT;

(2) Defendants Carter, Bailey, Grandstaff, Jackson, and Karns' Motion to Dismiss Amended Complaint (Docket No. 46) is hereby GRANTED;

(3) Defendant Thomas Southerland's "Motion to Dismiss the First Amended Complaint" (Docket No. 48) is hereby GRANTED;

(4) The remaining motions, (Docket Nos. 39, 41, & 57), are hereby DENIED as MOOT.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE